UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSES O. ABIOLA, | Case No.: 13-CV-3496-LHK |
| Plaintiff, | |
| v. | |
| ESH BRANDING, LLC, | ORDER REASSIGNING CASE TO MAGISTRATE JUDGE SPERO FOR ALL PURPOSES |
| Defendant. | |

Both parties have consented to proceed before Magistrate Judge Spero for all purposes. ECF No. 33. Accordingly, the Court directs the Clerk to reassign the case to Magistrate Judge Spero for all purposes. Appeal from any orders or judgment will be taken directly to U.S. Court of Appeals for the Ninth Circuit. The current case schedule is VACATED.

**IT IS SO ORDERED.**

Dated: November 18, 2013

_____
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-3496-LHK
ORDER REASSIGNING CASE TO MAGISTRATE JUDGE SPERO FOR ALL PURPOSES