UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES OLADELE ABIOLA,<br><br>  Plaintiff,<br><br>  v.<br><br>HVM, LLC, et al.,<br><br>  Defendants. | Case No.  13-cv-03496-JCS<br><br>**ORDER VACATING REFERRAL TO MAGISTRATE JUDGE GREWAL** |

IT IS HEREBY ORDERED that the referral to Magistrate Judge Grewal to conduct a settlement conference in the above-referenced case is hereby VACATED.

**IT IS SO ORDERED**.

Dated:  November 20, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge