UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES OLADELE ABIOLA,<br><br>    Plaintiff,<br><br>v.<br><br>ESA MANAGEMENT, LLC,<br><br>    Defendant. | Case No.  13-cv-03496-JCS<br><br>**ORDER OVERRULING PLAINTIFF'S OBJECTION TO COURT'S MAY 27, 2014 ORDER**<br><br>Re: Dkt. No. 88 |

On May 27, 2014, the Court issued an order dismissing claims seven, eleven and twelve of Plaintiff's complaint with prejudice.   Plaintiff has filed an "Objection" asking the Court to allow him to conduct discovery on the dismissed claims in order to discover facts that will allow him to state valid claims.   The Court construes Plaintiff's Objection as a motion for reconsideration pursuant to Civil Local Rule 7-9.   However, Plaintiff has not filed a motion for leave to file a motion for consideration, as required under Rule 7-9(a).   Furthermore, Plaintiff  has not met the requirements of Civ. L. Rule 7-9(b) for bringing a motion for reconsideration.   In particular, Plaintiff has not pointed to any different or new material facts or changes in the law that would save the claims at issue; nor has he demonstrated that there was a "manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court" before it ruled on the motion to dismiss.   Accordingly, the motion is DENIED.

**IT IS SO ORDERED.**

Dated:  June 18, 2014

JOSEPH C. SPERO
United States Magistrate Judge